UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

PATRICIA S. ANTHONY, et al.,      )
                                  )
    Plaintiffs,               )   Case No: 3-10-cv-169-RCJ-RAM
                                  )
vs.                               )
                                  )   ORDER OF DISMISSAL WITHOUT
CAPITOL COMMERCE MORTGAGE         )   PREJUDICE PURSUANT TO RULE 4(m)
CO., et al.,                      )   FEDERAL RULES OF CIVIL
                                  )   PROCEDURE
    Defendants.               )
                                  )

    Notice having been sent on August 16, 2010 [44], and plaintiff having failed to show good cause why this action should not be dismissed against defendants Capitol Commerce Mortgage Co., C.C.M.C. Co., First American National Default, Timothy Geithner, and Eric Holder without prejudice for failure to effect timely service pursuant to FRCP 4(m),

    IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is, dismissed without prejudice as to defendants **Capitol Commerce Mortgage Co., C.C.M.C. Co., First American National Default, Timothy Geithner, and Eric Holder**.

    DATED this 19th day of October, 2010.

    _____
    Robert C. Jones
    UNITED STATES DISTRICT JUDGE