AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*　　　DISTRICT OF　NEVADA

PATRICIA S. ANTHONY and WILLIAM M. ANTHONY,

　　　　Plaintiff,

V.

CAPITOL COMMERCE MORTGAGE, CO., et al.,

　　　　Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:10-CV-169-RCJ-WGC

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**　**Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

　　**IT IS ORDERED AND ADJUDGED** that Certain Defendants' Renewed Motion to Dismiss [109] is GRANTED in its entirety without leave to amend.   IT IS FURTHER ORDERED that Plaintiffs remove any document that they have filed with the Washoe County Recorder's office that seeks to prevent Defendants from foreclosing on the property. The Court expunges any notice of lis pendens that may be on the property.

February 15, 2012　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
　　Date　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　/s/　M. Campbell
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk